1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA HARTER, #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    801 "I" Street, 3rd Floor
4   Sacramento, CA 95814

5   Attorney for Defendant
    BILLY H. MERCADO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   NO. 2:14-mj-00240-EFB
                                   )
12              Plaintiff,         )   AMENDED STIPULATION AND
                                   )   [PROPOSED] ORDER
13  v.                             )   TO CONTINUE STATUS CONFERENCE
                                   )
14  BILLY H. MERCADO,              )   DATE:   January 26, 2015
                                   )   TIME:   10:00 AM
15              Defendant.         )   JUDGE: Hon. Edmund F. Brennan
                                   )
16  _____

17

18

19          It is hereby stipulated and agreed to between the United States of America through

20  JASON LEONG, Special Assistant U.S. Attorney, and defendant BILLY H. MERCADO by and

21  through his counsel, LINDA HARTER, Chief Assistant Federal Defender, that the status

22  conference set for November 17, 2014 vacated and a new status conference be set for January 26,

23  2015 at 10:00 a.m.

24          The continuance is requested to allow the defense additional time to prepare for a

25  resolution of the case.  The parties have been negotiating towards a resolution.

26           The parties stipulate that the Court should find the ends of justice served by the

27  / / /

28

                                    -1-

granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

DATED:  November 17, 2014                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Linda Harter
                                             LINDA HARTER
                                             Chief Assistant Federal Defender
                                             Attorney for Defendant
                                             BILLY H. MERCADO

DATED:  November 17, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Jason Leong
                                             JASON LEONG
                                             Special Assistant U.S. Attorney
                                             Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

It is ordered that the November 17, 2014 status conference shall be continued until January 26, 2015, at 10:00 a.m.

DATED:  November 18, 2014

                                             HON. EDMUND F. BRENNAN
                                             United States Magistrate Judge

-2-