UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-mj-00240-EFB |
| Plaintiff, | ) **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | |
| BILLY H. MERCADO, | |
| Defendant. | |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on February 8, 2016, at 10:00 a.m. to show cause why the probation granted on January 26, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on February 8, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 19, 2016

Hon. Edmund F. Brennan
United States Magistrate Judge