BENJAMIN B. WAGNER
United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MJ-00240-EFB |
| Plaintiff, | REQUEST TO WITHDRAW PETITION TO REVOKE PROBATION AND [~~Proposed~~] ORDER |
| v. | |
| BILLY H. MERCADO, | Date: March 7, 2016 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Edmund F. Brennan |

**REQUEST TO WITHDRAW PETITION**

On January 19, 2016, the United States filed a Petition for Revocation of Probation and Notice of Hearing. The United States seeks leave of Court to withdraw the Petition for Revocation of Probation and asks the Court to vacate the hearing set for March 7, 2016.

DATED: March 3, 2016                    BENJAMIN B. WAGNER
                                        United States Attorney

                              By:    /s/ R. Benjamin Nelson
                                     R. BENJAMIN NELSON
                                     Special Assistant U.S. Attorney

REQUEST TO WITHDRAW PETITION AND ORDER

**ORDER**

It is hereby ordered that plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant BILLY H. MERCADO is GRANTED.  It is further ordered that the show cause hearing date scheduled on March 7, 2016 is VACATED.

DATED: March 4, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge